The record clearly shows that the plaintiffs' causes of action against Dr. Mills based on dental malpractice had accrued more than two years before they filed their complaint; therefore, the plaintiffs' claims were time-barred as a matter of law, unless the evidence showed that they did not discover, or could not reasonably have discovered, those causes of action more than six months before they filed their action. From my review of the record, I cannot see how we can hold that the plaintiffs did not discover more than six months before they filed suit in this case that they had causes of action against Dr. Mills. Likewise, I cannot see how we can hold that the plaintiffs could not reasonably have discovered more than six months before they filed their suit that they had causes of action against Dr. Mills. I would affirm the summary judgment.